# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GS HOLISTIC, LLC,

               Plaintiff,

    v.

LFP SHAH CORPORATION, et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO. C23-1198JLR

___ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's motion for entry of default judgment against Defendants is GRANTED in part.  The court AWARDS Plaintiff statutory damages in the amount of $5,000.00 and litigation costs in the amount of $687.00.

Filed this 16th day of November, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk